UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH D. WILLIAMS, SR. )<br>)<br>Petitioner, )<br>vs. )<br>)<br>SUPERINTENDENT, NEW CASTLE )<br>  CORRECTIONAL FACILITY, )<br>)<br>Respondent. ) | No. 1:06-cv-1133-SEB-VSS |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

    1.    Petitioner Williams was given a period of time in which to show cause why this action should not be dismissed and the action recently closed (at his request), docketed as No. 1:06-cv-221-JDT-TAB, should not be reinstated. Williams' filing of August 8, 2006, candidly reveals that he filed this action after being dissatisfied with the course of rulings issued in No. 1:06-cv-221-JDT-TAB. That admission makes this action purely manipulative on his part, and he will not be permitted to proceed in that fashion.

    2.    This action is dismissed without prejudice. Judgment consistent with this Entry shall now issue. The petitioner may seek reinstatement of No. 1:06-cv-221-JDT-TAB if there are grounds for such relief.

    **IT IS SO ORDERED**.

Date: 08/22/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana