UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH D. WILLIAMS, SR.<br><br>    Petitioner,<br>  vs.<br><br>SUPERINTENDENT, NEW CASTLE<br> CORRECTIONAL FACILITY,<br><br>    Respondent. | )<br>)<br>)<br>)  No. 1:06-cv-1133-SEB-VSS<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 08/22/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth D. Williams, Sr.
DOC #146853
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362